JS-6

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

SHARANBIR KASLIWAL,

*Plaintiff*,

vs.

JOSEPH B. EDLOW, et al.,

*Defendants.*

Case No.: 2:26-cv-05406-CAS-MARx

**ORDER GRANTING STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**

The Court, having considered the Parties' Stipulation for Dismissal Without Prejudice, and good cause appearing therefor,

IT IS HEREBY ORDERED that: the above-captioned action is dismissed in its entirety against all Defendants *without prejudice*, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated: August 28, 2026

Christina A. Snyder

HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE